UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

**MATTHEW REINHARDT**
**KRISTEN REINHARDT**

Debtors

In Bankruptcy:

Case No. 19-40506-tjt
Chapter 7
Hon. Thomas J. Tucker

---

### TRUSTEE'S APPLICATION FOR
### ORDER AUTHORIZING EMPLOYMENT OF COUNSEL

K. Jin Lim, the Chapter 7 Trustee of the bankruptcy estate of Matthew Reinhardt and Kristen Reinhardt ("Debtors"), moves this court for entry of an Order Authorizing Employment of counsel pursuant to E.D. Mich. LBR 2014-1(a), Fed. R. Bankr. P. 2014 and 11 U.S.C. §327 (proposed order attached as Exhibit 1).

**IN SUPPORT** of the application, the Trustee states:

1. On January 15, 2019, the Debtors filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. K. Jin Lim is the duly appointed Chapter 7 Trustee in this case.

3. The Trustee wishes to employ the law firm of Clayson, Schneider & Miller P.C., whose members are duly admitted to practice in this Court.

4. The Trustee seeks to hire Kimberly Ross Clayson of Clayson, Schneider &

Miller P.C. to advise and consult with the Trustee on legal issues which may arise concerning the Trustee's powers and duties, and to perform legal services for the Trustee pursuant to the authority set forth by 11 U.S.C. § 327(a), including:

a) Investigating whether the Debtors has complied with duties to cooperate with the Trustee and whether Debtors has fully complied with document requests and Court orders;

b) Conducting discovery under Fed. R. Bankr. P. 2004;

c) Examining Debtors' claim of exemptions to determine whether it is proper, and any legal issues that may arise as a result;

d) Drafting necessary legal documents, including but not limited to: applications, answers, complaints, motions, orders, reports, and stipulations;

e) Advising the Trustee on matters pertaining to the Debtors' right to a discharge, as well as research and if necessary, filing adversary proceedings;

f) Inquiring into whether voidable transfers have taken place, including causes of action authorized by Michigan law, and whether nonexempt property of the estate can be liquidated for the benefit of creditors, as well as legal research and analysis on the topics;

g) Investigating and pursuing turnover of undisclosed property of the estate;

h) Performing legal services with regard to settlements pursuant to Fed. R. Bankr. P. 9019; and

i) Performing any and all other legal services for the Trustee as may be required and authorized under the Bankruptcy Code.

5. Based upon information and belief, no member of Clayson, Schneider & Miller P.C. holds an interest adverse to this bankruptcy estate, and all attorneys qualify as disinterested persons as defined by 11 U.S.C. §101(14). A statement of disinterestedness is attached hereto as Exhibit 2.

6. It is in the best interests of this bankruptcy estate to approve employment of Clayson, Schneider & Miller P.C. as legal counsel for the Trustee.

7. The rates for legal services for the attorneys employed by Clayson, Schneider & Miller P.C. are listed on attached Exhibit 3. The rates are adjusted periodically. Fees for legal services are subject to Bankruptcy Court approval.

**WHEREFORE**, the Trustee prays that an Order be entered authorizing the Trustee to employ Clayson, Schneider & Miller P.C. as legal counsel.

Dated: March 18, 2019

/s/ K. Jin Lim
K. Jin Lim (P43151)
Chapter 7 Trustee
176 S. Harvey St.
Plymouth, MI 48170
734-416-9420

**CLAYSON, SCHNEIDER & MILLER P.C.**

Dated: March 18, 2019

*/s/Kimberly Ross Clayson*
Kimberly Ross Clayson (P69804)
645 Griswold, Suite 3900
Detroit, MI 48226
(313) 237-0850 ext. 103
kim@detlegal.com